**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/16/2021

IN RE:

MICHAEL PAUL LASHER
3022 WESTLINE STREET
ERIE, PA 16506
XXX-XX-4960           Debtor(s)

Case No. 16-10988 TPA

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/16/2021

<u>/s/Trustee'sAdministrativAssistant</u>
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # | Court Claim # | Claim | Comment | INT % | CRED DESC | Account No. |
|---|---|---|---|---|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | 1 | | 0.00 | SAMS CLUB/PRAE | 0.00% | NOTICE ONLY | 5025/PRAE |
| **ROBERT P WENDT ESQ**<br>PHELAN HALLINAN ET AL<br>555 GRANT ST STE 300<br>PITTSBURGH, PA 15219 | 2 | | 0.00 | WELLS FARGO BANK/PRAE | 0.00% | NOTICE ONLY | |
| **ERIE COMMUNITY FEDERAL CREDIT UNION**<br>1129 STATE ST<br>ERIE, PA 16501 | 3 | 4 | 0.00 | RS/OE*SURR/PL*CL=$27,935.99 | 0.00% | SECURED CREDITOR | 6000 |
| **ERIE COUNTY TAX CLAIM BUREAU***<br>ERIE COUNTY COURTHOUSE<br>140 W 6TH ST RM 110<br>ERIE, PA 16501 | 4 | | 0.00 | NT OWED/JSP 341 NOTES*NT PROV/PL*NO TAX YRS/SCH | 0.00% | SECURED CREDITOR | |
| **US DEPARTMENT OF HUD****<br>C/O NOVAD MANAGEMENT CONSULTING LLC<br>2401 NW 23RD ST STE 1A1<br>OKLAHOMA CITY, OK 73107 | 5 | 3 | 0.00 | PMTS NT DUE/CONF-PL-CL*CL=$9,184.94 | 0.00% | MORTGAGE PAID IN FULL | 3474 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO 80217-0900 | 6 | 2-3 | 0.00 | RS/OE*SURR/PL*AMD CL=$0*W/24 | 0.00% | VEHICLE | 8411 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O CARRINGTON MORTGAGE SERVICES<br>PO BOX 3730<br>ANAHEIM, CA 92806 | 7 | 5 | 0.00 | PMT/DECL*461/PL@WFHM*DKT4LMT*BGN 11-16*FR WELLS FARGO-DOC 83 | 0.00% | MORTGAGE REGULAR PAYMEN | 4307 |
| **NORWEST MRTG INC**<br>C/O MIDLAND MRTG-SVCR<br>999 NW GRAND BLVD STE 110<br>OKLAHOMA CITY, OK 73118 | 8 | | 0.00 | NT ADR/SCH | 0.00% | NOTICE ONLY | |
| **PHELAN HALLINAN DIAMOND & JONES LLP++**<br>1 PENN CENTER PLZ STE 1400<br>1617 JFK BLVD<br>PHILADELPHIA, PA 19103 | 9 | | 0.00 | | 0.00% | NOTICE ONLY | |
| **US DEPARTMENT OF HUD(*)**<br>PO BOX 6200-02<br>PORTLAND, OR 97228 | 10 | | 0.00 | NT ADR/SCH | 0.00% | NOTICE ONLY | |

| Creditor | Trustee Claim # / Court Claim # / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **WELLS FARGO BANK NA**<br>MAC X7801-014<br>3476 STATEVIEW BLVD<br><br>FORT MILL, SC 29715 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA**<br>PO BOX 71083<br><br>CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,767.94<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 6709 |
| **THE FAMILY LAW GROUP**<br>1353 WEST SIXTH ST<br><br>ERIE, PA 16505 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 588.81<br>COMMENT: NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4960 |
| **NAVIENT SOLUTIONS INC**<br>PO BOX 9640<br><br>WILKES-BARRE, PA 18773-9640 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PNC BANK NA**<br>POB 94982<br><br>CLEVELAND, OH 44101 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SEARS/CITI CARD USA*++**<br>BANKRUPTCY DEPT*<br>POB 182149*<br>COLUMBUS, OH 43218 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGENT<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 252.48<br>COMMENT: 16-211782*SYNCHRONY~SAMS CLUB*NO NUM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1782 |

| Creditor | Trustee Claim | Cred Desc |
|---|---|---|
| **TAMMY LASHER**<br>33790 US RTE 6<br>PITTSFIELD, PA 16340 | Trustee Claim Number: 21 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: ALSO ON SCH H | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TR**<br>C/O CARRINGTON MORTGAGE SERVICES<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 22 INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 9,471.27<br>COMMENT: CL5GOVS*9300/PL@WFHM*THRU 10/16*FR WELLS FARGO-DOC 83 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4307 |
| **AMERICAN INFOSOURCE LP - AGENT DIRECTV**<br>PO BOX 5008<br>CAROL STREAM, IL 60197-5008 | Trustee Claim Number: 23 INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 350.38<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0794 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO**<br>PO BOX 17900<br>DENVER, CO 80217-0900 | Trustee Claim Number: 24 INT %: 0.00%<br>Court Claim Number: 2-3<br>CLAIM: 4,710.20<br>COMMENT: NO GEN UNS/SCH*DFCNCY BAL*AMD*W/6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8411 |
| **LISA CANCANON ESQ**<br>WEINSTEIN & RILEY PS<br>11101 WEST 120TH AVE #280<br>BROOMFIELD, CO 80021 | Trustee Claim Number: 25 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WILMINGTON~STANWICH/PRAE*ATTY W/DRWN OE 7-7-20 | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TR**<br>C/O CARRINGTON MORTGAGE SERVICES<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number: 26 INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 0.00<br>COMMENT: DM/OE 2-9-21*NT PROV/PL*NTC POSTPET FEE/EXP*REF CL=$272.60*W/22 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4307 |
| **WEINSTEIN & RILEY PS**<br>2001 WESTERN AVE STE 400<br>SEATTLE, WA 98121 | Trustee Claim Number: 27 INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: WILMINGTON STANWICH/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |

Case 16-10988-TPA Doc 102 Filed 08/16/21 Entered 08/16/21 15:45:12 Desc
Page 5 of 5